20      COM. *v.* DILLON, Appellant.

Syllabus—Opinion of the Court.    [2 Super. Ct.

Commonwealth for use Cambria County, *v.* P. E. Dillon, one of County Commissioners of Cambria County, Appellant.

Argued May 6, 1896. Appeal, No. 64, April T., 1896, by defendant, from judgment of C. P. Cambria Co., June T., 1895, No. 515, on an issue tried by court without a jury. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

OPINION BY WILLARD, J., May 28, 1896:
The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of Commonwealth for use of Cambria County v. J. G. Lloyd, one of County Commissoners of Cambria County, No. 65, April term, 1896.